AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>NEWMAN, Jon O. | 2. Court or Organization<br><br>U.S.C.A., Second Circuit | 3. Date of Report<br><br>05/04/2011 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Corporator | Hartford Hospital |
| 2. Corporator | Institute of Living |
| 3. Elector | Hartford Atheneum |
| 4. Life Regent | University of Hartford |
| 5. Board Member | Connecticut Appleseed Foundation |
| 6. Chair | Friends of the Library of the Supreme Court of Israel, Inc. |
| 7. Committee Member | Endowment Foundation of the Jewish Federation of Greater Hartford, Inc. |
| 8. Trustee | No. 1 ▩▩ Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# Newman, Jon O.

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SmithBamey | Credit Line | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Bank of America -- West Htfd. CT., Checking Acct. | A | Interest | K | T | | | | | |
| 3. Smith Barney, New Haven, CT., Money Market Acct. | A | Interest | J | T | | | | | |
| 4. People's Bank | A | Interest | J | T | | | | | |
| 5. Sovereign Bank | A | Interest | K | T | | | | | |
| 6. BONDS: | | | | | | | | | |
| 7. Houma La. Transit '11 | C | Interest | L | T | | | | | |
| 8. Lafayette La. Transit '11 | B | Interest | K | T | | | | | |
| 9. W. Monroe La. '11 | A | Interest | J | T | | | | | |
| 10. Conn. Health 4.9 '13 | B | Interest | K | T | | | | | |
| 11. Cheshire 5.0 '10 | B | Interest | | | Matured | 11/01/10 | L | | |
| 12. Stratford '10 3.0 | A | Interest | | | Matured | 02/16/10 | K | | |
| 13. Meriden '11 3.75 | B | Interest | L | T | | | | | |
| 14. Stamford '10 3.0 | B | Interest | | | Matured | 09/01/10 | L | | |
| 15. CT G.0 '10 4.9 | B | Interest | | | Matured | 06/15/10 | K | | |
| 16. CT Tax '12 4.3 | A | Interest | J | T | | | | | |
| 17. Seymour CT '13 3.5 | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brookfield CT '14 3.5 | B | Interest | K | T | | | | | |
| 19. CT Spl. Tax '12 5.5 | B | Interest | K | T | | | | | |
| 20. Groton '12 4.0 | B | Interest | L | T | | | | | |
| 21. CT '13 4.25 | B | Interest | L | T | | | | | |
| 22. Puerto Rico '14 5.25 | C | Interest | K | T | | | | | |
| 23. Bridgeport '11 4.25 | B | Interest. | L | T | | | | | |
| 24. Bridgeport '12 5.0 | B | Interest | L | T | | | | | |
| 25. CT G.0. '13 5.0 | B | Interest | L | T | | | | | |
| 26. Hartford Cty. '13 3.25 | C | Interest | M | T | | | | | |
| 27. Fairfield '15 4.25 | B | Interest | L | T | | | | | |
| 28. Bridgeport '13 5.0 | B | Interest | L | T | | | | | |
| 29. CT G.0. '13 5.375 | C | Interest | M | T | | | | | |
| 30. CT G.0. '14 5.0 | C | Interest | M | T | | | | | |
| 31. CT Health '10 4.4 | B | Interest | | | Matured | 07/01/10 | K | | |
| 32. Glastonbury '13 4.25 | B | Interest | L | T | | | | | |
| 33. West Haven '10 5.5 | B | Interest | | | Matured | 12/15/10 | K | | |
| 34. CT G.0. '20 5.0 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. CT G.0. '10 3.5 | A | Interest | | | Matured | 12/01/10 | K | | |
| 36. UConn '10 2.9 | A | Interest | | | Matured | 02/10/10 | J | | |
| 37. UConn '11 3.2 | A | Interest | J | T | | | | | |
| 38. CT RFDG, '16 5.0 | C | Interest | M | T | | | | | |
| 39. CT Spl. Tax '15 2.75 | B | Interest | M | T | | | | | |
| 40. CT Health '16 5.0 | C | Interest | M | T | | | | | |
| 41. New Haven '12 4.0 | B | Interest | L | T | | | | | |
| 42. CT Health '15 3.4 | A | Interest | L | T | | | | | |
| 43. Hartford '15 5.25 | C | Interest | L | T | | | | | |
| 44. North Branford '16 3.75 | C | Interest | L | T | | | | | |
| 45. CT G.0 '16 4.0 | B | Interest | L | T | | | | | |
| 46. Norwch '13 4.375 | B | Interest | L | T | Buy | 01/19/10 | L | | |
| 47. UConn. '16 5.0 | B | Interest | L | T | Buy | 01/19/10 | L | | |
| 48. Darien '14 2.0 | A | Interest | L | T | Buy | 01/22/10 | L | | |
| 49. Brookfield '14 3.5 | B | Interest | L | T | Buy | 03/03/10 | L | | |
| 50. Stratford '13 3.25 | A | Interest | L | T | Buy | 03/03/10 | L | | |
| 51. CT Hsg. Fin. '12 0.9 | A | Interest | L | T | Buy | 03/31/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UConn '12 3.0 | B | Interest | M | T | Buy | 07/08/10 | M | | |
| 53. Shelton '17 2.125 | | None | K | T | Buy | 07/27/10 | K | | |
| 54. CT G.0 '16 5.0 | | None | L | T | Buy | 07/23/10 | L | | |
| 55. CT Ser. C '16 5.0 | | None | L | T | Buy | 07/24/10 | L | | |
| 56. Danbury '19 2.5 | | None | L | T | Buy | 08/24/10 | L | | |
| 57. STOCKS: | | | | | | | | | |
| 58. Royal Dutch Petroleum | D | Dividend | M | T | | | | | |
| 59. Air Products | C | Dividend | M | T | | | | | |
| 60. Johnson Contr. | C | Dividend | M | T | | | | | |
| 61. Merck | D | Dividend | M | T | | | | | |
| 62. Cummings Engine | B | Dividend | N | T | | | | | |
| 63. Minn. Mining | B | Dividend | L | T | | | | | |
| 64. Johnson & Johnson | C | Dividend | L | T | | | | | |
| 65. Microsoft | B | Dividend | L | T | | | | | |
| 66. Cisco | | None | L | T | | | | | |
| 67. Total Fina | D | Dividend | M | T | | | | | |
| 68. Devon Energy | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. FNMA | | None | J | T | | | | | |
| 70. Medco | | None | M | T | | | | | |
| 71. Calamos Fund | A | Dividend | M | T | | | | | |
| 72. Henderson Fund | A | Dividend | K | T | | | | | |
| 73. Jennison Fund | | None | K | T | | | | | |
| 74. Dreyfus Fund | | None | K | T | | | | | |
| 75. Mainstay Fund | | None | K | T | | | | | |
| 76. Fed Max Cap Fund | A | Dividend | K | T | | | | | |
| 77. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 78. OTHER: | | | | | | | | | |
| 79. 1/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 80. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 81. Condo, University Park, FL purchased 4/9/99, $179,000 | ' | None | M | R | | | | | |
| 82. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 83. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 84. TRUST # 1 | E | Int./Div. | P1 | T | | | | | |
| 85. - CT G.0. '10 5.0 | | | | | Matured | 06/15/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Dupont | | | | | | | | | |
| 87. - Exxon Mobil | | | | | | | | | |
| 88. - G.E. | | | | | | | | | |
| 89. - Norfolk Southern | | | | | | | | | |
| 90. - M & T Bank | | | | | | | | | |
| 91. - Pfizer | | | | | | | | | |
| 92. - Insteel | | | | | | | | | |
| 93. - Alexander and Baldwin | | | | | | | | | |
| 94. - Corning | | | | | | | | | |
| 95. - Honeywell | | | | | | | | | |
| 96. - Lucent | | | | | | | | | |
| 97. - Pitney Bowes | | | | | | | | | |
| 98. - Philips | | | | | | | | | |
| 99. - Tyco Int'l. | | | | | | | | | |
| 100. - Hartford Cty. '12 3.125 | | | | | | | | | |
| 101. - CT Health '27 5.125 | | | | | Redeemed | 03/18/10 | K | | |
| 102. - New Caanan '13 3.75 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - CT New Money '11 3.625 | | | | | | | | | |
| 104. - Newtown '15 3.5 | | | | | | | | | |
| 105. - Ledyard '13 5.0 | | | | | | | | | |
| 106. - New Haven '20 5.0 | | | | | | | | | |
| 107. - Covidien | | | | | | | | | |
| 108. - Tyco | | | | | Spinoff (from line 99) | 07/06/07 | J | | |
| 109. - CT Hlth & Ed. '27 5.125 | | | | | Buy | 03/15/10 | K | | |
| 110. - CT Spl. Tax '20 3.9 | | | | | Buy | 08/11/10 | L | | |
| 111. - SmithBarney Bank Deposit Program | | | | | Buy | 01/15/10 | M | | |
| 112. TRUST # 2 | G | Int./Div. | P1 | T | | | | | |
| 113. - Home Depot | | | | | | | | | |
| 114. - McDonald's | | | | | | | | | |
| 115. - General Mills | | | | | Distributed | 06/09/10 | J | | |
| 116. - Pepsico | | | | | | | | | |
| 117. - Procter & Gamble | | | | | | | | | |
| 118. - Sara Lee | | | | | | | | | |
| 119. - BP Amoco | | | | | Sold | 05/19/10 | M | G | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - American Express | | | | | | | | | |
| 121. - Plum Creek Timber | | | | | | | | | |
| 122. - Transatlantic Holdings | | | | | | | | | |
| 123. - St. Paul Travelers | | | | | | | | | |
| 124. - Baxter International | | | | | | | | | |
| 125. - Cigna | | | | | | | | | |
| 126. - Edwards Lifescience | | | | | | | | | |
| 127. - Medco Health Solutions | | | | | | | | | |
| 128. - TEVA Pharmaceutical | | | | | | | | | |
| 129. - Dover | | | | | | | | | |
| 130. - Emerson Electric | | | | | | | | | |
| 131. - Minnesota Mining | | | | | | | | | |
| 132. - Agilent | | | | | | | | | |
| 133. - Automatic Data | | | | | | | | | |
| 134. - Intel | | | | | | | | | |
| 135. - Microsoft | | | | | | | | | |
| 136. - RPM Int'l | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Dominion Resources | | | | | | | | | |
| 138. - Southbury CT '10 3.2 | | | | | Matured | 02/01/10 | K | | |
| 139. - CT State '10 3.45 | | | | | Matured | 11/15/10 | K | | |
| 140. - CT State '10 2.9 | | | | | Matured | 12/01/10 | K | A | |
| 141. - Cromwell CT '10 3.75 | | | | | Matured | 12/15/10 | K | A | |
| 142. - Simsbury CT '11 3.75 | | | | | | | | | |
| 143. - Glastonbury CT '11 3.75 | | | | | | | | | |
| 144. - Ledyard CT '11 3.5 | | | | | | | | | |
| 145. - Waterbury CT '11 4.0 | | | | | | | | | |
| 146. - Stonington CT '11 4.0 | | | | | | | . | | |
| 147. - Bristol CT '11 3.0 | | | | | | | | | |
| 148. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 149. - CT State '12 4.0 | | | | | | | | | |
| 150. - Regional School 12 3.65 | | | | | | | | | |
| 151. - Easton CT '12 3.5 | | | | | | | | | |
| 152. - CT State '13 3.5 | | | | | | | | | |
| 153. - CT State '13 4.0 | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Regional School 13 3.75 | | | | | | | | | |
| 155.  - Orange CT '13 3.4 | | | | | Redeemed | 08/15/10 | K | A | |
| 156.  - Tolland CT '13 4.0 | | | | | | | | | |
| 157.  - University CT '14 3.7 | | | | | | | | | |
| 158.  - CT State '14 4.0 | | | | | | | | | |
| 159.  - Glastonbury '14 3.75 | | | | | | | | | |
| 160.  - CT State '14 4.0 | | | | | | | | | |
| 161.  - South Central Water '15 4.0 | | | | | | | | | |
| 162.  - Groton CT '15 3.75 | | | | | | | | | |
| 163.  - CT State '15 3.5 | | | | | | | | | |
| 164.  - Becton | | | | | | | | | |
| 165.  - T. Rowe Price | | | | | | | | | |
| 166.  - CT HSG. FIN. '16 3.9 | | | | | | | | | |
| 167.  - CT Health '15 3.5 | | | | | | | | | |
| 168.  - CT Health '17 3.5 | | | | | | | | | |
| 169.  - Hartford County '18 3.5 | | | | | | | | | |
| 170.  - Watertown CT '17 4.0 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Dentsply | | | | | | | | | |
| 172. - CT Elec. '16 4.0 | | | | | | | | | |
| 173. - CT '14 3.3 | | | | | | | | | |
| 174. - IBM | | | | | | | | | |
| 175. - Southington CT '18 3.5 | | | | | | | | | |
| 176. - Plymouth CT '17 3.0 | | | | | | | | | |
| 177. - Pfizer | | | | | | | | | |
| 178. - Bethel CT '17 3.0 | | | | | | | | | |
| 179. - Guilford CT '18 3.0 | | | | | | | | | |
| 180. - People's United Fin. | | | | | | | | | |
| 181. - New Alliance Bank | | | | | Sold | 11/18/10 | M | | |
| 182. - Newton CT '16 2.25 | | | | | Buy | 02/24/10 | L | | |
| 183. - Adobe | | | | | Buy | 07/23/10 | K | | |
| 184. - SmithBarney Bank Deposit Program | | | | | Buy | 11/18/10 | M | | |
| 185. TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 186. - Staples | | | | | | | | | |
| 187. - Target | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Pepsico | | | | | | | | | |
| 189. - Procter & Gamble | | | | | | | | | |
| 190. - Apache | | | | | | | | | |
| 191. - ExxonMobil | | | | | | | | | |
| 192. - Weatherford | | | | | | | | | |
| 193. - JP Morgan Chase | | | | | | | | | |
| 194. - Bank of New York | | | | | | | | | |
| 195. - Wells Fargo | | | | | | | | | |
| 196. - Abbott Labs | | | | | | | | | |
| 197. - Johnson & Johnson | | | | | | | | | |
| 198. - Medtronic | | | | | | | | | |
| 199. - Schein Henry | | | | | | | | | |
| 200. - TEVA Pharmaceutical | | | | | | | | | |
| 201. - Minnesota Mining | | | | | | | | | |
| 202. - Danaher | | | | | | Distributed | 06/14/10 | J | |
| 203. - Emerson Electric | | | | | | | | | |
| 204. - G.E. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - United Technologies | | | | | | | | | |
| 206. - Accenture | | | | | | | | | |
| 207. - Adobe | | | | | | | | | |
| 208. - Automated Data Processing | | | | | | | | | |
| 209. - Intel | | | | | | | | | |
| 210. - IBM | | | | | | | | | |
| 211. - Microsoft | | | | | | | | | |
| 212. - Air Products | | | | | | | | | |
| 213. - Ecolab | | | | | | | | | |
| 214. - MDU Resources | | | | | | | | | |
| 215. - Fidelity Int'l Fund | | | | | Sold | 01/12/10 | K | | |
| 216. - CT State '10 3.0 | | | | | Matured | 07/01/10 | K | | |
| 217. - Bristol '11 3.0 | | | | | | | | | |
| 218. - CT State '11 3.125 | | | | | | | | | |
| 219. - Southbury CT '11 3.75 | | | | | | | | | |
| 220. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 221. - CT State '12 4.0 | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
 (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
 (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
 (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Jacksonville FL '12 5.375 | | | | | Redeemed | 07/08/10 | J | A | |
| 223. - Regional School '12 3.65 | | | | | | | | | |
| 224. - N.J. State '13 5.7 | | | | | Redeemed (part) | 05/03/10 | J | A | |
| 225. - Orange CT '13 3.4 | | | | | Redeemed | 08/16/10 | K | A | |
| 226. - Easton CT '13 3.625 | | | | | | | | | |
| 227. - University CT '14 3.7 | | | | | | | | | |
| 228. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 229. - ATT | | | | | | | | | |
| 230. - Thermo Fisher | | | | | | | | | |
| 231. - General Dynamics | | | | | | | | | |
| 232. - T. Rowe Price | | | | | | | | | |
| 233. - Dentsply | | | | | | | | | |
| 234. - Telefonica | | | | | | | | | |
| 235. - Apple | | | | | | | | | |
| 236. - CT ST '14 3.0 | | | | | | | | | |
| 237. - CT HSG, '17 5.350 | | | | | Redeemed | 04/15/10 | L | | |
| 238. - Noble | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Oracle | | | | | | | | | |
| 240. - CVS | | | | | | | | | |
| 241. - Nike Class B | | | | | | | | | |
| 242. - Southington CT '18 3.5 | | | | | | | | | |
| 243. - People's United Fin. | | | | | | | | | |
| 244. - Research in Motion | | | | | | | | | |
| 245. - CT High '17 3.85 | | | | | | | | | |
| 246. - New Alliance Bank | | | | | Sold | 11/18/10 | N | | |
| 247. - Dodge & Cox Int'l Fund | | | | | Buy | 01/13/10 | K | | |
| 248. - Dodge & Cox Int'l Fund | | | | | Sold | 11/10/10 | L | A | |
| 249. - Griswold CT '18 3.0 | | | | | Buy | 02/01/10 | L | | |
| 250. - Autodesk | | | | | Buy | 03/10/10 | K | | |
| 251. - Metlife | | | | | Buy | 03/10/10 | K | | |
| 252. - Marlborough CT '16 4.0 | | | | | Buy | 04/22/10 | L | | |
| 253. - SmithBarney Bank Deposit Program | | | | | Buy | 11/18/10 | M | | |
| 254. TRUST #4 | E | Int./Div. | P1 | T | | | | | |
| 255. - Staples | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Target | | | | | | | | | |
| 257. - Pepsico | | | | | | | | | |
| 258. - Procter & Gamble | | | | | | | | | |
| 259. - ExxonMobil | | | | | | | | | |
| 260. - Noble | | | | | | | | | |
| 261. - JP Morgan Chase | | | | | | | | | |
| 262. - Bank of New York | | | | | | | | | |
| 263. - Wells Fargo | | | | | | | | | |
| 264. - Abbott Labs | | | | | | | | | |
| 265. - Johnson & Johnson | | | | | | | | | |
| 266. - Medtronic | | | | | | | | | |
| 267. - Schein Henry | | | | | | | | | |
| 268. - TEVA Pharmaceutical | | | | | | | | | |
| 269. - Danaher | | | | | | Distributed | 06/14/10 | J | | |
| 270. - Emerson Electric | | | | | | | | | |
| 271. - G.E. | | | | | | | | | |
| 272. - United Technologies | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Accenture | | | | | | | | | |
| 274. - Automatic Data Processing | | | | | | | | | |
| 275. - Cisco | | | | | | | | | |
| 276. - Intel | | | | | | | | | |
| 277. - IBM | | | | | | | | | |
| 278. - Microsoft | | | | | | | | | |
| 279. - Ecolab | | | | | | | | | |
| 280. - MDU Resources | | | | | | | | | |
| 281. - Dodge & Cox Int'l Fund | | | | | Sold | 11/10/10 | J | | |
| 282. - Fidelity Int'l Fund | | | | | Sold | 01/11/10 | K | | |
| 283. - CT State '10 3.0 | | | | | Matured | 07/01/10 | K | A | |
| 284. - Bristol CT '11 3.0 | | | | | | | | | |
| 285. - CT State '11 3.8 | | | | | | | | | |
| 286. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 287. - CT State '12 4.0 | | | | | | | | | |
| 288. - Regional School '12 3.65 | | | | | | | | | |
| 289. - Orange CT '13 3.4 | | | | | Redeemed | 08/15/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Easton CT '13 3.625 | | | | | | | | | |
| 291. - University CT '14 3.7 | | | | | | | | | |
| 292. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 293. - U.S. Treasury '18 9.0 | | | | | | | | | |
| 294. - Somers CT 4.0 '10 | | | | | Matured | 08/15/10 | K | | |
| 295. - CT State '11 3.125 | | | | | | | | | |
| 296. - ATT | | | | | | | | | |
| 297. - Thermo Fisher | | | | | | | | | |
| 298. - General Dynamics | | | | | | | | | |
| 299. - Oracle | | | | | | | | | |
| 300. - Apple | | | | | | | | | |
| 301. - Dentsply | | | | | | | | | |
| 302. - Nike Class B | | | | | | | | | |
| 303. - Southington CT '18 3.5 | | | | | | | | | |
| 304. - New Alliance Bank | | | | | Sold | 11/18/10 | M | | |
| 305. - Dodge & Cox Int'l Fund | | | | | Buy | 01/13/10 | K | | |
| 306. - Dodge & Cox Int'l Fund | | | | | Sold | 11/10/10 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Adobe | | | | | Buy | 07/23/10 | K | | |
| 308. - SmithBarney Bank Deposit Program | | | | | Buy | 11/18/10 | M | | |
| 309. ▒ IRA consisting of Stocks and Corporate Bonds: | E | Int./Div. | P1 | T | | | | | |
| 310. - Walt Disney | | | | | | | | | |
| 311. - McDonalds | | | | | | | | | |
| 312. - Staples | | | | | | | | | |
| 313. - Pepsico | | | | | | | | | |
| 314. - Procter & Gamble | | | | | | | | | |
| 315. - ExxonMobil | | | | | | | | | |
| 316. - Bank of New York | | | | | | | | | |
| 317. - Johnson & Johnson | | | | | | | | | |
| 318. - Medtronic | | | | | | | | | |
| 319. - Emerson Electric | | | | | | | | | |
| 320. - G.E. | | | | | | | | | |
| 321. - Automated Data | | | | | | | | | |
| 322. - Intel | | | | | | | | | |
| 323. - I.B.M. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.   - Microsoft | | | | | | | | | |
| 325.   - Oracle | | | | | | | | | |
| 326.   - Ecolab | | | | | | | | | |
| 327.   - Verizon | | | | | | | | | |
| 328.   - Anheuser Busch '10 5.625 | | | | | Matured | 10/01/10 | K | A | |
| 329.   - Prudential '11 5.1 | | | | | | | | | |
| 330.   - Goldman Sachs '12 5.7 | | | | | | | | | |
| 331.   - Kimberly Clark '13 5.0 | | | | | | | | | |
| 332.   - Pitney Bowes '14 4.875 | | | | | | | | | |
| 333.   - Abbott Labs | | | | | | | | | |
| 334.   - United Technologies | | | | | | | | | |
| 335.   - Danaher Corp. | | | | | Distributed | 06/10/10 | J | | |
| 336.   - ATT | | | | | | | | | |
| 337.   - Thermo Fisher | | | | | | | | | |
| 338.   - Dodge & Cox Fund | | | | | Sold | 11/10/10 | L | A | |
| 339.   - CVS | | | | | | | | | |
| 340.   - G.E. '14 5.65 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. - Target | | | | | | | | | |
| 342. - Walt Disney '11 5.7 | | | | | | | | | |
| 343. - Accenture | | | | | | | | | |
| 344. - Bell South '16 5.2 | | | | | | | | | |
| 345. - Lowes '15 5.0 | | | | | | | | | |
| 346. - Caterpillar '15 4.75 | | | | | | | | | |
| 347. - Bank of America '16 5.75 | | | | | | | | | |
| 348. - Goldman Sachs M/C Fund | | | | | | | | | |
| 349. - TEVA | | | | | | | | | |
| 350. - New Alliance Bank | | | | | Sold | 11/18/10 | M | | |
| 351. - Frontier Corp. | | | | | Spinoff (from line 327) | 07/02/10 | J | | |
| 352. - Frontier Corp. | | | | | Sold | 08/04/10 | J | A | |
| 353. - Adobe | | | | | Buy | 07/23/10 | J | | |
| 354. - SmithBarney Bank Deposit Program | | | | | Buy | 11/18/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 18: This bond was inadvertently previously reported as "Brookfield CT '11 4.25."

Lines 99 and 108: The stock listed on line 99 as "Tyco" should have been listed as "Tyco Int'l." Tyco was a spinoff from Tyco Int'l on 7/6/07 as now reflected on line 108. The similarity of names caused the inadvertent omission of the spinoff on previous forms.

Lines 115, 202, 269, 335: These distributions resulted from stock splits.

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 05/04/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jon O. NEWMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544